## KENNEDY ET AL. *v.* WILSON.

[No. 11,659. Filed June 20, 1923.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workman's Compensation Act by Harmon B. Wilson against George Kennedy and Albert Kennedy, partners, doing business as Kennedy Brothers. From an award for applicant, the defendants appeal. *Affirmed.*

*James E. Rocap* and *John J. McShane*, for appellants.

*Robert W. Caldwell* and *W. J. Sprow*, for appellee.

McMAHAN, C. J.—A consideration of the questions presented by this appeal would require the weighing of conflicting evidence. Appellants in effect concede this when they state that

the award rests upon the testimony of appellee who they contend should not be believed, and when they urge us not to hold that "the unsupported evidence of a plaintiff in a case is sufficient" to sustain an award

The award is affirmed.